UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONARD L. LATTING,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>  Defendant. | No.  CV-08-0331-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

   BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

   **IT IS ORDERED:**

   1.   The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further address the medical evidence at issue, including the medical evidence associated with Plaintiff's subsequent applications filed in 2006 and 2007, as

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1  well as the opinion from Robert Rose, M.D.
2      2.    Judgment shall be entered for the **PLAINTIFF**.
3      3.    An application for attorney fees may be filed by separate
4  motion.
5      The District Court Executive is directed to enter this Order,
6  forward copies to counsel, and thereafter shall close this file.
7
8      DATED June 8, 2009.
9
10
11              s/ CYNTHIA IMBROGNO
12            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2